UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE JOHNSON,             )<br>                                                      )<br>            Petitioner,           )<br>                                                      )<br>        v.                                      )<br>                                                      )<br>D.K. SISTO,                              )<br>                                                      )<br>            Respondent.      )<br>_____ ) | Case No. 2:06-CV-2240-AWT<br><br>**STAY ORDER** |

Further proceedings in this action are stayed pending issuance of the mandate in <u>Hayward v. Marshall</u>, No. 06-55392, 512 F.3d 536 (9th Cir.) (panel opinion), <u>reh'g en banc granted</u>, 527 F.3d 797 (9th Cir. 2008).

1    Each party may file a memorandum setting forth the effect, if any, of

2    <u>Hayward</u> on this case within 30 days of the date the <u>en banc</u> opinion is filed.

3    Dated: February 9, 2009

4                         <u>/s/ A. Wallace Tashima    </u>
5                              A. WALLACE TASHIMA
6                              United States Circuit Judge
7                              Sitting by Designation
8

9

10

11

12

13

14

15

16

17

18

19

20

21