UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE JOHNSON, | |
| Petitioner, | No. 2:06 CV 02240 AWT |
| v. | JUDGMENT |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____ | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are **DISMISSED.**

Dated: March 29, 2010.

                                        */s/ A. Wallace Tashima*
                                        United States Circuit Judge
                                        Sitting by designation.